U.S. Equal Employment Opportunity Commission
Two Gateway Center, Suite 1703
Newark, NJ 07102

Steamfitters, Pipefitters, and Apprentices Local Union No. 475
136 Mount Bethel Road
Warren, NJ 07059

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>STEAMFITTERS, PIPEFITTERS, AND APPRENTICES LOCAL UNION NO. 475,<br><br>        Defendant | Civil Action No. 2:19-cv-13309<br><br><br><br><br><br>**COMPLAINT** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, for injunctive relief to compel compliance with Section 709(c) of Title VII and the Commission's reporting and recordkeeping regulations, found at 29 C.F.R. part 1602, which require that labor organizations file reports and make and preserve records or other information about their membership and referrals.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 709(c) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000e-8 ("Title VII") to enforce reporting and recordkeeping regulations promulgated pursuant to Section 709(c) of Title VII.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Jersey.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c).

4. At all relevant times, Defendant, the Steamfitters, Pipefitters, and Apprentices Local Union No. 475, has continuously been an association of participating employees and has continuously had 100 or more members.

5. At all relevant times, Defendant has been the recognized collective bargaining representative of the majority of steamfitter and pipefitter journeymen and apprentices employed by employers within the jurisdiction of Defendant.

6. At all relevant times, Defendant has maintained a hiring hall or hiring office which procures employees for an employer, or procures opportunities for employees to work for an employer.

7. At all relevant times, Defendant has continuously been a labor organization engaged in an industry affecting commerce within the meaning of Sections 701(d) and (e) of Title VII, 42 U.S.C. §§ 2000e(d) and (e).

## ADMINISTRATIVE PROCEDURES

8. More than thirty days prior to the institution of this lawsuit EEOC Charge No. 524-2016-00274 was filed with the Commission, alleging violations of Title VII by Defendant.

9. On June 6, 2018 the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Defendant violated Title VII.

10. The Commission invited Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

11. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

12. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

13. On November 29, 2018, the Commission issued to Defendant a Notice of Failure of Conciliation.

14. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

15. Since at least 2015, Defendant has failed, in violation of Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), to make and preserve records relevant to the determination of whether unlawful employment practices have been or are being committed, and to make and keep records and file reports prescribed by the Commission by regulations promulgated pursuant to Section 709(c) of Title VII and found at 29 C.F.R. part 1602.  Specifically:

   a. Defendant did not file Local Union Report EEO-3 as required by 29 C.F.R. part 1602, Subpart F.

      b.      Defendant did not collect and maintain records of the race, ethnicity or gender of its apprentices, members, or persons referred for work as required by 29 C.F.R. part 1602, Subpart G.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Order Defendant to make and preserve all records relevant to the determination of whether unlawful employment practices have been or are being committed, in accordance with Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c) and 29 C.F.R. § 1602.26-28.

B.      Order Defendant to file Local Union EEO-3 Reports with the Commission and to preserve a copy of the reports, in accordance with Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c) and 29 C.F.R. §1602.22.

C.      Order Defendant to collect and maintain records of the race, ethnicity and gender of its apprentices, members, and persons referred for employment as required by 29 C.F.R. § 1602.22 and 29 C.F.R. § 1602.26-28.

D.      Order that Defendant provide the Commission with periodic reports and with access to records that will enable the Commission to verify that Defendant is complying with the Court's orders and with 29 C.F.R. part 1602.

E.      Grant such further relief as the Court deems necessary and proper in the public interest.

F.      Award the Commission its costs of this action.

Dated:  June 3, 2019
       New York, New York

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, N.E.
Washington D.C. 20507

JEFFREY BURSTEIN
Regional Attorney

JUSTIN MULAIRE
Supervisory Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Newark Area Office
Two Gateway Center, Suite 1703
Newark, N.J. 07102


*/s/ Adela Santos*
ADELA SANTOS
Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Telephone: (212) 336-3695
Fax: (212) 336-3693
adela.santos@eeoc.gov